**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL ANDY DEAN, | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-cv-2721-SHL-cgc |
| | ) | |
| DTZ INC., A UGL COMPANY, | ) | |
|      Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING MOTION TO DISMISS AND DENYING MOTION TO PROCEED
*IN FORMA PAUPERIS* AS MOOT**

Before the Court is *pro se* Plaintiff Michael Andy Dean's[1] ("Plaintiff") Motion to

Dismiss.  (ECF No. 5.)  Plaintiff filed a Complaint on November 4, 2015, alleging claims of race

discrimination in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.*, and

age discrimination in violation of the Age Discrimination Act and the Lilly Ledbetter Act against

Defendant DTZ Inc., A UGL Company ("Defendant").  (ECF No. 1.)  Defendant has not yet

responded to the Complaint.  Plaintiff's Motion indicates that he seeks dismissal of the case

because he has returned to work.  (ECF No. 5 at 1.)  Pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)-(B), a "plaintiff may dismiss an action without a court order by filing . . . a notice of

dismissal before the opposing party serves either an answer or a motion for summary judgment

. . . [moreover,] [u]nless the notice or stipulation states otherwise, the dismissal is without

prejudice."  Accordingly, Plaintiff's Motion is **GRANTED** and his claims are hereby

**DISMISSED WITHOUT PREJUDICE**.  Plaintiff's Motion to Proceed *in forma pauperis* is

**DENIED AS MOOT.**  (ECF No. 4.)

---

[1] Plaintiff submitted his Complaint with the heading "Michael Andy Dean," but states within its
text that the proper sequence of his name is "Andy Michael Dean."  (ECF No. 1 at 2.)

**IT IS SO ORDERED**, this 18th day of December, 2015.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE