## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANDY DEAN,<br><br>    Plaintiff,<br><br>v.<br><br>DTZ INC., A UGL COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) No. 2:15-cv-2721-SHL-cgc<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's *pro se* Complaint (ECF No. 1), filed November 4, 2015,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiff's Motion to Dismiss (ECF No. 6), filed December 17, 2015, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims are hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

December 18, 2015
Date